[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11549
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec. 17, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00112-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL VASQUEZ-ORTIZ,
a.k.a. Arnoldo Escalante,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 17, 2009)

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Manuel Vasquez-Ortiz in this

direct criminal appeal has moved to withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vasquez-Ortiz's conviction and sentence are **AFFIRMED**.